**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Case No. 15-CR-30104-MJR |
| | ) | |
| **RODNEY MATHES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**MOTION TO CONTINUE SENTENCING**</u>

COMES NOW Defendant Rodney Mathes, by and through his attorney, and moves this Court to continue sentencing from September 8, 2016.  In support of this motion, Defendant states:

1.      Defendant received the Third Amended Presentence Investigation Report that incorporates the changes necessitated by the Supreme Court's ruling in *Mathis v. United States*.  (ECF #55).

2.      Undersigned counsel needs additional time to discuss the changes to the PSI with Defendant and to file Sentencing Memorandum.

3.      Assistant United States Attorney Laura Reppert has no objection to Defendant's motion.

4.      Defendant requests a continuance of 30 days.

WHEREFORE Defendant Rodney Mathes, by and through counsel, prays this Court to enter an order continuing this matter for sentencing from September 8, 2016.

Respectfully submitted,

PRESTON HUMPHREY ESQ., LLC

By:    /s/ Preston Humphrey, Jr.

Preston Humphrey, Jr. #49183MO
Attorney for Defendant Mathes
1015 Locust Street, Suite 413
St. Louis, MO 63101
(314) 621-1765
(314) 875-9297 *facsimile*
phumphrey@phlawstl.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was filed electronically on the 30th of August, 2016 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Laura Reppert, Assistant United States Attorney, 9 Executive Drive, Fairview Heights, IL 62208-1334 and all counsel of record.

/s/ Preston Humphrey, Jr.