IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-CR-30104-MJR |
| vs. ) | |
| ) | |
| RODNEY A. MATHES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITNESS FOR SENTENCING HEARING

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and hereby provides its notice to call the following witness at the sentencing hearing currently scheduled for October 27, 2016:

1. Special Agent Duane Clauer, Bureau of Alcohol, Tobacco, Firearms, and Explosives. (ATF). Agent Clauer will provide testimony regarding the circumstances of the recovery of two of the stolen firearms and attempted efforts to locate the other stolen firearms. The anticipated length of his testimony is fifteen minutes.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax:  (618) 628-3730
E-mail: Laura.Reppert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>                          Plaintiff,   )<br>                                                         )    CRIMINAL NO.  15-CR-30104-MJR<br>                vs.                                    )<br>                                                         )<br>RODNEY A. MATHES,                 )<br>                                                         )<br>                          Defendant.  ) | |

**Certificate of Service**

I hereby certify that on October 13, 2016, I caused to be electronically filed **Notice of Witness for Sentencing Hearing** with the Clerk of Court using the CM/ECF system, which will send notification to the following registered participant:

Preston Humphrey, Jr., Esq.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

*s/Laura V. Reppert*
LAURA V. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax:  (618) 628-3730
E-mail: Laura.Reppert@usdoj.gov